NIMA GHAZVINI
Chapter 13 Standing Trustee
1050 Bishop Street #521
Honolulu, HI 96813
P: (808) 526-3083 F: (808) 531-8844
E: info@hi13trustee.com



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

Chapter 13 Case No. 24-00422
Plan – Docket No. 2

Debtor(s):
JACOB ROBERT & LINDSAY KRISTINE STEBBINS

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Trustee objects to confirmation of the proposed plan as follows:

- Failure to timely respond to Trustee's requests – Pursuant to Meeting of Creditors held July 10, 2024, Trustee requested copies of 2021, 2022 and 2023 tax returns. Trustee needs debtors' 2021-2023 income tax returns to assess their financial circumstances and amount of refund.

- The plan fails to comply with Section 1235(a)(5) and Trustee is unable to administer plan without the plan providing a treatment for the secured claim #2 filed by U.S. Department of Housing and Urban Development. To administer the plan Trustee needs to know which of the seven secured claim classifications the claim is provided for and what interest rate applies. Trustee believes that the proper treatment for the claim is class 7 unless one of the conditions of maturity occurs in which case it should be treated as class 2.

- Failure to provide full payment of all secured, priority, and special unsecured claims: IRS filed priority claim #13 for higher ($91,266.30) than scheduled ($13,123.00). The plan currently proposes a base amount of $219,000.00. The amount needed to pay claims as filed, other listed governmental claims, related interest charges, and the cost of administration is estimated at $318,512.49. Additional claims can be filed up until October 29, 2024.

### CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first-class mail.

Dated: 08/12/2024                    /s/ Veronica Valdez

Attorney for Debtor(s): BLAKE GOODMAN, PC
E-mail: bkblakegoodman@gmail.com VIA CM/ECF

Debtor(s): JACOB ROBERT & LINDSAY KRISTINE STEBBINS
5001 KIKALA RD., KALAHEO, HI 96741